MERIEM L. HUBBARD, No. 155057
TIMOTHY SANDEFUR, No. 224436
Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALAN MERRIFIELD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BILL LOCKYER, Attorney General of the State of California, et al., <br><br> Defendants. | No. C-04-0498-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND TRIAL DATES** <br><br> Judge: Hon. Maxine M. Chesney |

Stip. & [Proposed] Order re Hearing
& Trial Dates - No. C-04-0498-MMC

The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

1. Parties believe that this matter can be resolved on summary judgment. Plaintiffs and Defendants will file cross motions for summary judgment.

2. The trial date in this case is currently set for July 5, 2005.

3. Pursuant to the Court's Pretrial Preparation Order, nonexpert discovery closed April 4, 2005. Expert discovery closed April 25, 2005.

4. Pursuant to the Court's Pretrial Preparation Order, hearings on motions for summary judgment must be set 45 days before trial. Pursuant to Local Rule 7-2, motions must be noticed 35 days before the hearing date. Notice of motions for summary judgment were therefore due April 1, 2005, according to the original trial date.

5. Parties have not yet received all transcripts of depositions necessary for their cross motions for summary judgment.

6. Due to a conflict, defense counsel is unavailable for trial on July 5, 2005.

7. Parties therefore stipulate to the following dates for this case:

- Motions for summary judgment shall be filed by May 6, 2005.
- Oppositions to summary judgment motions shall be filed by May 13, 2005.
- Replies to oppositions to summary judgment motions shall be filed by May 20, 2005.
- The hearing on cross motions for summary judgment shall be held June 3, 2005.

Stip & [Proposed] Order re Hearing
& Trial Dates - No. C-04-0498-MMC                - 1 -

- Parties request that the July 5, 2005, trial date be vacated. Should the Court determine that trial is necessary, counsel are available for trial on the following dates: August 22, 24, 25, 26, 29, 30, or 31, 2005.

IT IS SO STIPULATED.

DATED: April 28, 2005.

Respectfully submitted,

MERIEM L. HUBBARD
TIMOTHY SANDEFUR

By _____
    TIMOTHY SANDEFUR

Attorneys for Plaintiffs

DATED: 4/29, 2005.

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California
WILBERT E. BENNETT
Supervising Deputy Attorney General
DIANN SOKOLOFF
Deputy Attorney General

By _____
    DIANN SOKOLOFF

Attorneys for Defendants

IT IS SO ORDERED, that cross-motions will be briefed and heard on the above-stipulated schedule. Upon review of said motions, the Court will determine whether the issues are solely legal in nature, thus eliminating the need for a trial. If factual issues remain, the July 5 trial date will not be vacated as an unexplained "conflict" is insufficient to show good cause for a continuance.

DATED: May 2, 2005        /s/ Maxine M. Chesney
                          HONORABLE MAXINE M. CHESNEY
                          United States District Court Judge

PACIFIC LEGAL FOUNDATION
3900 Lennane Drive, Suite 200
Sacramento, CA 95834
(916) 419-7111  FAX (916) 419-7747