IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN MERRIFIELD, et al., | No. 04-0498 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANTS TO SHOW CAUSE WHY MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE STRICKEN** |
| v. | |
| BILL LOCKYER, et al., | |
| Defendants / | |

The Court is in receipt of defendants' Motion for Summary Judgment, filed May 6, 2005. The motion, exclusive of exhibits, is 44 pages in length.

The Local Rules of this District provide that a motion, exclusive of exhibits, may not exceed 25 pages in length. See Civil L.R. 7-2(b). Defendants have neither sought nor obtained permission to file a motion in excess of the page limits set forth in the Local Rules.

Accordingly, defendants shall show cause, in writing and no later than May 13, 2005, why the motion should not be stricken for failure to comply with Civil Local Rule 7-2(b).

**IT IS SO ORDERED.**

Dated: May 9, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge