United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALAN MERRIFIELD, et al.,

    Plaintiffs,

    v.

BILL LOCKYER, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 04-0498 MMC

**ORDER OF REFERENCE**

    It is HEREBY ORDERED that Plaintiff's Motion for Summary Judgment and Defendants' Motion for Summary Judgment are hereby referred to the Honorable William W Schwarzer, Senior U.S. District Judge, to be heard and considered at the convenience of his calendar.

    Counsel will be advised of the date, time and place of the hearing on said motions by notice from Judge Schwarzer. The June 24, 2005 hearing before the undersigned is hereby vacated.

    **IT IS SO ORDERED.**

Dated: June 2, 2005

    /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge