**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALAN MERRIFIELD, an individual; URBAN WILDLIFE MANAGEMENT INC., a California corporation individually as successor in interest to Alan Merrifield dba Urban Wildlife Management; CALIFORNIA NUISANCE WILDLIFE CONTROL OPERATORS ASSOCIATION, a California non-profit corporation,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>BILL LOCKYER, Attorney General,<br><br>       Defendant,<br><br> and<br><br>KELLI OKUMA, Registrar of the California Structural Pest Control Board; GRETCHEN A. BRIGAMAN, Protest Officer of the California Department of Transportation; JEAN MELTON, Member of the California Structured Pest Control Board; BILL MORRIS, Member of the California Structural Pest Control Board; MICHAEL ROTH, Member of the California Structural Pest Control Board; MUSTAPHA SESAY, Member of the California Structural Pest Control Board; THURMAN, Member of the California Structural Pest Control Board; KENNETH | No. 05-16613<br><br>D.C. No. CV-04-00498-MMC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

L. TRONGO Member of the California Structural Pest Control Board,

Defendants - Appellees.

Before: O'SCANNLAIN, Circuit Judge.

The parties' joint motion for extension of time to file response to Appellants' application for attorneys fees is GRANTED.

Appellees will have until May 6, 2009, to file a response to Appellants' application for attorney's fees.