FILED

JAN 22 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALAN MERRIFIELD, an individual; URBAN WILDLIFE MANAGEMENT INC., a California corporation individually as as successor in interest to Alan Merrifield dba Urban Wildlife Management; CALIFORNIA NUISANCE WILDLIFE CONTROL OPERATORS ASSOCIATION, a California non-profit corporation,<br><br>          Plaintiffs - Appellants,<br><br>   v.<br><br>BILL LOCKYER, Attorney General,<br><br>          Defendant,<br><br> and<br><br>KELLI OKUMA, Registrar of the California Structural Pest Control Board; GRETCHEN A. BRIGAMAN, Protest Officer of the California Department of Transportation; JEAN MELTON, Member of the California Structured Pest Control Board; BILL MORRIS, Member of the California Structural Pest Control Board; MICHAEL ROTH, Member of the California Structural Pest Control Board; MUSTAPHA SESAY, Member of the California Structural Pest Control Board; THURMAN, Member of the California Structural Pest Control Board; KENNETH L. TRONGO Member of the California Structural Pest Control Board, | No.   05-16613<br>D.C. No.  CV-04-00498-MMC<br>Northern District of California,<br>San Francisco<br><br><br>**MANDATE** |

Defendants - Appellees.

The judgment of this Court, entered 09/16/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Cost awarded to Appellant in the amount of $273.14.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Theresa Benitez
Deputy Clerk