FILED

MAY 27 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALAN MERRIFIELD, an individual; URBAN WILDLIFE MANAGEMENT INC., a California corporation individually as as successor in interest to Alan Merrifield dba Urban Wildlife Management; CALIFORNIA NUISANCE WILDLIFE CONTROL OPERATORS ASSOCIATION, a California non-profit corporation,<br><br>       Plaintiffs - Appellants,<br><br> v.<br><br>BILL LOCKYER, Attorney General,<br><br>       Defendant,<br><br> and<br><br>KELLI OKUMA, Registrar of the California Structural Pest Control Board; GRETCHEN A. BRIGAMAN, Protest Officer of the California Department of Transportation; JEAN MELTON, Member of the California Structured Pest Control Board; BILL MORRIS, Member of the California Structural Pest Control Board; MICHAEL ROTH, Member of the California Structural Pest Control Board; MUSTAPHA SESAY, Member of the California Structural Pest Control Board; THURMAN, Member of the California Structural Pest Control Board; KENNETH | No. 05-16613<br><br>D.C. No. CV-04-00498-MMC<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

L. TRONGO Member of the California
Structural Pest Control Board,

        Defendants - Appellees.

Before: O'SCANNLAIN, HAWKINS and WARDLAW, Circuit Judges.

Appellants' motion for dismissal of request for attorney's fees is GRANTED.